Jennifer L. Braster
Nevada Bar No. 9982
NAYLOR & BRASTER
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
Telephone: (702) 420-7000
Facsimile: (702) 420-7001
jbraster@nblawnv.com

Katherine A. Neben
Nevada Bar No. 14590
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA 92612
Telephone: (949) 851-3939
Facsimile: (949) 553-7539
kneben@jonesday.com

*Attorneys for Defendant*
*Experian Information Solutions, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPHINE M. WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>SECURITYNATIONAL MORTGAGE COMPANY, a foreign corporation; EQUIFAX INFORMATION SERVICES, LLC, a foreign limited-liability company; EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>Defendants. | Case No. 2:21-cv-01748-JAD-NJK<br><br>**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. AND PLAINTIFF'S STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT**<br><br>**(FIRST REQUEST)**<br><br>Complaint filed: September 22, 2021 |

Defendant Experian Information Solutions, Inc. ("Experian") and Plaintiff Josephine M. Washington ("Plaintiff"), by and through their respective counsel of record, hereby submit this stipulation to extend the time for Experian to respond to Plaintiff's Complaint (ECF No. 1) pursuant to LR IA 6-1.

Plaintiff filed her Complaint on September 22, 2021.  (ECF No. 1.)  The current deadline for Experian to respond to the Complaint is October 19, 2021.  Plaintiff and Experian stipulate and agree that Experian shall have until November 9, 2021 to file its responsive pleading.

This is Experian's first request for an extension of time to respond to the Complaint and is not intended to cause any delay or prejudice any party, but to permit Experian an opportunity to more fully investigate the claims alleged.

**IT IS SO STIPULATED.**

DATED this 18th day of October 2021.

| NAYLOR & BRASTER | LAW OFFICE OF KEVIN L. HERNANDEZ |
|---|---|
| By:  */s/ Jennifer L. Braster*<br>    Jennifer L. Braster<br>    Nevada Bar No. 9982<br>    1050 Indigo Drive, Suite 200<br>    Las Vegas, NV 89145 | By:  */s/ Kevin L. Hernandez*<br>    Kevin L. Hernandez<br>    Nevada Bar No. 12594<br>    8920 W. Tropicana Avenue, Suite 101<br>    Las Vegas, NV 89147 |
| *Attorneys for Defendant*<br>*Experian Information Solutions, Inc.* | *Attorneys for Plaintiff*<br>*Josephine M. Washington* |

**IT IS SO ORDERED.**

Dated October 19, 2021

_____
UNITED STATES MAGISTRATE JUDGE