1  Jeffrey S. Allison (NV Bar # 8949)
   **HOUSER LLP**
2  9970 Research Drive
   Irvine, California 92618
3  6671 S. Las Vegas Blvd.
   Building D, Suite 210
4  Las Vegas, Nevada 89119
5  Phone: (949) 679-1111
   Fax: (949) 679-1112
6  jallison@houser-law.com

7  Attorneys for Defendant SECURITYNATIONAL MORTGAGE COMPANY

8  **UNITED STATES DISTRICT COURT**

9  **DISTRICT OF NEVADA**

10

| | |
|---|---|
| JOSEPHINE M. WASHINGTON, an individual; | CASE NO.: 2:21-cv-01748-JAD-NJK |
| Plaintiff; | HON. JENNIFER A. DORSEY |
| v. | **STIPULATION BETWEEN DEFENDANT SECURITYNATIONAL MORTGAGE CO. AND PLAINTIFF FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |
| SECURITYNATIONAL MORTGAGE COMPANY, a foreign corporation; EQUIFAX INFORMATION SERVICES, LLC, a foreign limited-liability company; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; | |
| Defendants. | |

Defendant SECURITYNATIONAL MORTGAGE COMPANY ("SNM") and Plaintiff JOSEPHINE M. WASHINGTON ("Plaintiff"), by and through their respective counsel of record, hereby submit this Stipulation for Extension of Time to Respond to Plaintiff's Complaint pursuant to LR 1A 6-1.

Plaintiff filed her Complaint on September 22, 2021 [ECF 1]. The date for response by SNB to the Complaint was on or about October 20, 2021, the same day the undersigned counsel

---

**STIPULATION AND ORDER**
1

for SNM was retained in this matter. Plaintiff and SNM stipulate and agree that SNM shall have until November 5, 2021 to file its response.

This is SNM's first request for an extension of time to respond to the Complaint and is not intended to cause any delay or prejudice any party, but to permit SNM an opportunity to investigate the claims alleged.

**IT IS SO STIPULATED.**

DATED this 21st day of October, 2021.

HOUSER LLP

/s/ Jeffrey S. Allison_____
Jeffrey S. Allison, Esq.
Attorneys for Defendant
SECURITYNATIONAL MORTGAGE COMPANY

LAW OFFICE OF KEVIN L. HERNANDEZ

/s/ Kevin L. Hernandez_____
Kevin L. Hernandez, Esq.
Attorney for Plaintiff
JOSEPHINE M. WASHINGTON

**IT IS SO ORDERED.**

DATED:  October 22, 2021          _____
                                                              UNITED STATES MAGISTRATE JUDGE

---

**STIPULATION AND ORDER**
2