JEREMY J. THOMPSON
Nevada Bar No. 12503
**CLARK HILL PLLC**
3800 Howard Hughes Drive, Suite 500
Las Vegas, Nevada  89169
E-mail: jthompson@clarkhill.com
Telephone:  (702) 862-8300
Facsimile:  (702) 862-8400
*Attorney for Defendant*
*Equifax Information Services LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JOSEPHINE M. WASHINGTON, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> SECURITYNATIONAL MORTGAGE COMPANY,  a foreign corporation; EQUIFAX INFORMATION SERVICES LLC, a foreign limited-liability company; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation, <br><br> Defendants. | Case No. 2:21-cv-01748-JAD-NJK <br><br> **JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER** <br><br> **FIRST REQUEST** |

Defendant Equifax Information Services LLC ("Equifax") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition.  Accordingly, pursuant to LR IA 6-1, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended from November 22, 2021 through and including **December 22, 2021**.  The request was made by Equifax so that it can have an opportunity to collect and review its internal files pertaining to the allegations in the Complaint, and Plaintiff approves.  Equifax and Plaintiff also make this request because they have engaged in

pre-Answer settlement discussions, and this extension will allow the parties to explore early resolution of the case without expending unnecessary attorney's fees and costs. This stipulation is filed in good faith and not intended to cause delay.

Respectfully submitted, this 23rd day of November, 2021.

| CLARK HILL PLLC | <u>*No opposition*</u> |
|---|---|
| By: /s/Jeremy J. Thompson<br>Jeremy J. Thompson<br>Nevada Bar No. 12503<br>3800 Howard Hughes Pkwy,<br>Suite 500<br>Las Vegas, NV 89169<br>Tel: (702) 862-8300<br>Fax: (702) 862-8400<br>Email: jthompson@clarkhill.com<br><br>*Attorney for Defendant Equifax Information Services LLC* | /s/Kevin L. Hernandez<br>Kevin L. Hernandez<br>Nevada Bar No. 12594<br>LAW OFFICE OF KEVIN L. HERNANDEZ<br>8920 W. Tropicana Avenue, Suite 101<br>Las Vegas, NV 89147<br>Phone: (702) 563-4450<br>Fax: (702) 552-0408<br>Email: kevin@kevinhernandezlaw.com<br><br>*Attorney for Plaintiff* |

IT IS SO ORDERED:

_____
United States Magistrate Judge

DATED: November 23, 2021

- 2 -